GEOFFREY MATT CANFIELD
HEATHER PITTMAN CANFIELD
112 JODIE DR
PELAHATCHIE, MS 39145

CONN'S HOMEPLUS
ATTN: BANKRUPTCY
2445 TECHNOLOGY FOREST
THE WOODLANDS, TX 77381

LVNV FUNDING
ATTN: BANKRUPTCY
PO BOX 10497
GREENVILLE, SC 29603

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CREDIT ACCEPTANCE
ATTN: BANKRUPTCY
25505 WEST 12 MILE RD
STE 3000
SOUTHFIELD, MI 48034

MERIT HEALTH
P.O. BOX 281441
ATLANTA, GA 30304

ALDOUS AND ASSOCIATES
ATTN: BANKRUPTCY
PO BOX 171374
HOLLADAY, UT 84117

DAVE
265 S COCHRAN AVE
LOS ANGELES, CA 90019

MICHAEL PITTMAN
195 PATTON DRIVE
PEARL, MS 39204

ALLIED INTERSTATE LLC
ATTN: BANKRUPTCY
P.O. BOX 5002
FOGELSVILLE, PA 18051

EARNIN
200 PORTAGE AVE
PALO ALTO, CA 94306

MOHELA
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005

BAPTIST
P.O. BOX 23090
JACKSON, MS 39225

EXETER FINANCE LLC
ATTN: BANKRUPTCY
PO BOX 166008
IRVING, TX 75016

MOHELA
ATTN: BANKRUPTCY
P.O.BOX 9635
WILKES BARR, PA 18773

BRIGIT
838 AVENUE OF THE AM
NEW YORK, NY 10001-4194

JACOB LAW GROUP
2623 WEST OXFORD LOOP
OXFORD, MS 38655

NR/SMS/CAL
601 OFFICE CENTER DR
FORT WASHINGTON, PA 190

CAINE & WEINER
ATTN: BANKRUPTCY
5805 SEPULVEDA BLVD
SHERMAN OAKS, CA 91411

JEFFERSON CAPITAL
ATTN: BANKRUPTCY
200 14TH AVE E
SARTEKK, MN 56377

POST LAKE LENDING
PO BOX 368
CRANDON, WI 54520

CITIZENS BANK
24 PINE ST
SEBASTOPOL, MS 39359

KEESLER FCU
P.O.BOX 7001
BILOXI, MS 39531

REPUBLIC FINANCE
ATTN: BANKRUPTCY
7031 COMMERCE CIRCLE
BATON ROUGE, LA 70809

COMENITY BANK
ATTN: BANKRUPTCY
PO BOX 182125
COLUMBUS, OH 43218

KIKOFF
ATTN: BANKRUPTCY
75 BROADWAY
SAN FRANCISCO, CA 94111

SUNRISE CREDIT SERVICE
ATTN: BANKRUPTCY
PO BOX 9004
MELVILLE, NY 11747

TITLE MAX
3013 EAST HWY 80
PEARL, MS 39208


TULE LAKE LENDING
PO BOX 2356
CLEARLAKE, CA 95422


UMMC
P.O. BOX 3488
DEPT 05-077
TUPELO, MS 38803


VERIZON WIRELESS
PO BOX 408
NEWARK, NJ 07101


WELLS FARGO
800 WALNUT
DES MOINES, IA 50309