Certificate Number: 17082-MSS-DE-040085423

Bankruptcy Case Number: 25-02024



17082-MSS-DE-040085423

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on September 13, 2025, at 8:49 o'clock AM MST, GEOFFREY M CANFIELD completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:  September 13, 2025            By:     /s/Orsolya K Lazar

                                     Name:   Orsolya K Lazar

                                     Title:  Executive Director