Certificate Number: 17082-MSS-DE-040085424

Bankruptcy Case Number: 25-02024



17082-MSS-DE-040085424

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 13, 2025, at 8:49 o'clock AM MST, HEATHER P CANFIELD completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   September 13, 2025                By:   /s/Orsolya K Lazar

                                          Name: Orsolya K Lazar

                                          Title: Executive Director