United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-02024-JAW
Geoffrey Matt Canfield  Chapter 7
Heather Pittman Canfield
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 3
Date Rcvd: Dec 10, 2025      Form ID: 318      Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Geoffrey Matt Canfield, Heather Pittman Canfield, 112 Jodie Dr, Pelahatchie, MS 39145-2850 |
| 5548212 | | Citizens Bank, 24 Pine St, Sebastopol, MS 39359 |
| 5548216 | | Dave, 265 S Cochran Ave, Los Angeles, CA 90019 |
| 5548218 | ++ | EXETER FINANCE LLC, NANNETTE ALAMILLA, 2101 W JOHN CARPENTER FWY, IRVING TX 75063-3228 address filed with court:, Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016 |
| 5548224 | + | Merit Health, P.O. Box 281441, Atlanta, GA 30384-1441 |
| 5548225 | + | Michael Pittman, 195 Patton Drive, Pearl, MS 39208-5217 |
| 5548227 | + | Mohela, Attn: Bankruptcy, P.O.Box 9635, Wilkes Barr, PA 18773-9635 |
| 5548233 | + | Tule Lake Lending, PO Box 2356, Clearlake, CA 95422-2301 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Dec 11 2025 00:34:00 | Exeter Finance LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: melissa.martin@kfcu.org | Dec 10 2025 19:34:00 | Keesler Federal Credit Union, P.O. Box 7001, ATTEN: BANKRUPTCY, Biloxi, MS 39534, UNITED STATES 39534-7001 |
| 5548207 | | Email/Text: cs@aldouslegal.com | Dec 10 2025 19:34:00 | Aldous and Associates, Attn: Bankruptcy, Po Box 171374, Holladay, UT 84117 |
| 5548208 | ^ | MEBN | Dec 10 2025 19:34:14 | Allied Interstate Llc, Attn: Bankruptcy, P.O. Box 5002, Fogelsville, PA 18051-5002 |
| 5548209 | ^ | MEBN | Dec 10 2025 19:34:14 | Baptist, P.O. Box 23090, Jackson, MS 39225-3090 |
| 5548210 | + | Email/Text: bankruptcynotices@hellobrigit.com | Dec 10 2025 19:33:00 | Brigit, 838 Avenue of the Am, New York, NY 10001-4193 |
| 5548211 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Dec 10 2025 19:33:04 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 5548213 | + | EDI: WFNNB.COM | Dec 11 2025 00:34:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5548214 | + | Email/Text: bankruptcynotices@conns.com | Dec 10 2025 19:33:00 | Conn's HomePlus, Attn: Bankruptcy, 2445 Technology Forest, The Woodlands, TX 77381-5205 |
| 5548215 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 10 2025 19:33:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5548217 | | Email/Text: cxs-doc-access@earnin.com | Dec 10 2025 19:33:00 | Earnin, 200 Portage Ave, Palo Alto, CA 94306 |
| 5548218 | | Email/Text: exeter@ebn.phinsolutions.com | | |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 10, 2025 | Form ID: 318 | Total Noticed: 34 |

| Recipient ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 10 2025 19:34:00 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016 |
| 5554524 | + | EDI: AISACG.COM | Dec 11 2025 00:34:00 | Exeter Finance LLC Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City OK 73118-7901 |
| 5548219 | ^ | MEBN | Dec 10 2025 19:34:23 | Jacob Law Group, 2623 West Oxford Loop, Oxford, MS 38655-5442 |
| 5548220 | + | EDI: JEFFERSONCAP.COM | Dec 11 2025 00:34:00 | Jefferson Capital, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 5548221 | + | Email/Text: melissa.martin@kfcu.org | Dec 10 2025 19:34:00 | Keesler FCU, P.O.Box 7001, Biloxi, MS 39534-7001 |
| 5548222 | + | Email/Text: bankruptcy@kikoff.com | Dec 10 2025 19:33:00 | Kikoff, Attn: Bankruptcy, 75 Broadway, San Francisco, CA 94111-1423 |
| 5548223 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 10 2025 19:39:04 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5548226 | | Email/Text: EBN@Mohela.com | Dec 10 2025 19:33:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5548228 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 10 2025 19:33:00 | Nr/sms/cal, 601 Office Center Dr, Fort Washington, PA 19034-3275 |
| 5548229 | | Email/Text: notice@postlakelending.com | Dec 10 2025 19:34:00 | Post Lake Lending, PO Box 368, Crandon, WI 54520 |
| 5548230 | | Email/Text: bankruptcy@republicfinance.com | Dec 10 2025 19:34:00 | Republic Finance, Attn: Bankruptcy, 7031 Commerce Circle, Baton Rouge, LA 70809 |
| 5548231 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Dec 10 2025 19:33:00 | Sunrise Credit Service, Attn: Bankruptcy, Po Box 9004, Melville, NY 11747-9004 |
| 5548232 | + | Email/Text: bkinfo@ccfi.com | Dec 10 2025 19:34:00 | Title Max, 3013 East Hwy 80, Pearl, MS 39208-3419 |
| 5548234 | + | Email/Text: Bankruptcies@umc.edu | Dec 10 2025 19:34:00 | UMMC, P.O. Box 3488, Dept 05-077, Tupelo, MS 38803-3488 |
| 5548235 | + | EDI: VERIZONCOMB.COM | Dec 11 2025 00:34:00 | Verizon Wireless, PO Box 408, Newark, NJ 07101-0408 |
| 5548236 | + | EDI: WFAUTO | Dec 11 2025 00:34:00 | Wells Fargo, 800 Walnut, Des Moines, IA 50309-3891 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 12, 2025          Signature:     /s/Gustava Winters

| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 10, 2025 | Form ID: 318 | Total Noticed: 34 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Stephen Smith | trustee@hrkcpa.com  MS02@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Geoffrey Matt Canfield trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Heather Pittman Canfield trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

| | | | |
|---|---|---|---|
| *Information to identify the case:* | | | |
| Debtor 1 | **Geoffrey Matt Canfield** | Social Security number or ITIN | **xxx−xx−8444** |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ | |
| Debtor 2 | **Heather Pittman Canfield** | Social Security number or ITIN | **xxx−xx−5527** |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ | |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | | |
| Case number:   **25−02024−JAW** | | | |

## Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Geoffrey Matt Canfield**
aka Matt Canfield, aka Geoffrey Matson Canfield

**Heather Pittman Canfield**
aka Heather Anne Pittman Canfield, fka Heather Warren

Dated: 12/10/25

**By the court:** /s/Jamie A. Wilson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                           **Order of Discharge**                           page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**